FILED

09 NOV 10 PM 3:55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101

GRACE L. SANDOVAL
PLAINTIFF

'09 CV 2529 DMS    POR

VS                                    COMPLAINT

MODERN PAINT AND BODY SHOP
DEFENDANT

MODERN PAINT AND BODY SHOP, STATE, EL CENTRO, CALIFORNIA CHARGED ME, GRACE L. SANDOVAL FOR TOWING HE CONTACTED TO TOW MY CAR 2002 HONDA CIVIC LX LICENSE PLATE NUMBER 4YPB411 AT 296 W. FIRST STREET, WESTMORLAND, CALIFORNIA. OWNER OF MODERN PAINT AND BODY SHOP IS AN ORPHAN FROM ARIZONA. OWNER OF MODERN PAINT AND BODY SHOP IS JOINED WITH ORPHANS FROM ARIZONA IN STEALING CARS. DONALD HILDRE IS AN ORPHAN FROM ARIZONA. DONALD HILDRE HAS BEEN INVOLVED IN STEALING EVERY CAR THAT I, GRACE L. SANDOVAL ALSO KNOWN AS GRACE S. SLAY, LUPE GRACIELA SANDOVAL HAVE PURCHASED AND PAID. DONALD HILDRE HAS CONTACT WITH MODERN PAINT AND

PAGE 2

BODY SHOP, STATE, EL CENTRO, CALIFORNIA
OWNER TO CAUSE SAME CRIME TO
ME, GRACE L. SANDOVAL AO DONE
TO MY DAUGHTER CORIE S. PECK
ALSO KNOWN AS CORIE S. SLALI,
CORINA SANDOVAL SLALI, DONALD
HILDRE HAS CAUSED THE SAME
CRIME TO MY DAUGHTER CORIE S.
PECK ALSO KNOWN AS CORIE S. SLALI,
CORINA SANDOVAL SLALI OF
STEALING EVERY CAR THAT SHE
PURCHASED AND PAID. KATHRYN
JEAN YAVENDITTI ALSO KNOWN AS
KATE IS JOINED WITH ORPHANS
FROM ARIZONA INCLUDING DONALD
HILDRE IN STEALING CARS AND
ALSO DEMANDING TOWING TRUCK
DRIVERS, OWNERS, HAWKINS TOWING
COMPANY, BRAWLEY CALIFORNIA,
DICKERSON TOWING COMPANY,
HENRY G. ROBLES ETC. TO DRAG
MY DAUGHTER CORIE S. PECK ALSO
KNOWN AS CORIE S. SLALI, CORINA
SANDOVAL SLALI TIED TO A ROPE,
CHAIN, ETC, TO CAUSE FRACTURES,
BREAKS, SCRATCHES, WOUNDS, ETC. TO
HUMAN SKIN, ETC. FOR HER CARS,
ETC. EVERYTHING SHE OWNS. THE
SAME CRIME OF DRAGGING BY
TOW TRUCK, TRUCK, WASTE MANAGEMENT,
ETC. IS DONE TO ME, GRACE L.

PAGE 3

SANDOVAL AND MY DAUGHTER
PRISCELLA S. DANCO, CYNTHIA R.
SANTANA, CALLLE ROBLES, ETC.
FOR OUR CARS. ROBERT GOODMAN
SENIOR DEMANDED TO DRAG ME,
GRACE L. SANDOVAL AT CATTLE
CALL RODEO TO CAUSE WOUNDS ON
MY HUMAN SKIN, FRACTURES, ETC.
IN BRAWLEY, CALIFORNIA THAT
REQUIRED EMERGENCY DEPARTMENT
AT PIONEERS HOSPITAL, BRAWLEY,
CALIFORNIA. ROBERT GOODMAN
SENIOR DEMANDS DONALD HILDRE
TO STEAL EVER CAR THAT I, GRACE
L. SANDOVAL OWN. ROBERT GOODMAN
SENIOR CAUSED ME, GRACE L. SANDOVAL
ALSO KNOWN AS GRACE S SLAU,
LUPE GRACIELA SANDOVAL AN INJURY
TO MY RIGHT LUNG ON AUGUST 18,
1982 AT FASHION VALLEY MALL,
SAN DIEGO, CALIFORNIA. I, GRACE L.
SANDOVAL WAS IN THE INTENSIVE
CARE UNIT FOR TWENTY NINE DAYS
AT U.C.S.D. MEDICAL CENTER, 200
W. ARBOR, SAN DIEGO, CALIFORNIA
FOR INJURY TO MY RIGHT LUNG
CAUSED BY ROBERT GOODMAN SENIOR
ON AUGUST 18, 1982. AS PLANNED IN
EL CAJON, CALIFORNIA WITH (CATHRYN
JEAN YAVENDITTI) ALSO KNOWN

PAGE 4

AS KATE, PRISCILLA D. CASTILLO,
SUSAN GOLDING, CINDY HEART,
GILBERT OTERO, RAUL RODRIGUEZ
JUNIOR LINDA V. FIERRO, BECKY M.
FIERRO, ROBERT GARCIA, DONALD
HILDRE, CAROL FOGERTY HILDRE,
IRMA RODRIGUEZ CLARK, LUPE
CHAVEZ SWAIN, ELIZABETH RODRIGUEZ
MORENO ALSO KNOWN AS BETI,
BAR RUSSO ALSO KNOWN AS BARSI
SLALI, TERESA PLAYER, RICHARD
PARELA, LINDA STILLINGS, JON
BOYES, ANDREW CAMERON, PATRICK
J. CLARK, O. J. SIMPSON, FARUTAH
ALKFNE AND HER HUSBAND ALKFNE
DOE THAT LIVES IN WILDOMAR,
CALIFORNIA, AND MANY OTHERS
TO STEAL THOUSANDS OF UNITED
STATES DOLLARS FROM ME, GRACE
L. SANDOVAL AKA: GRACE S. SLALI,
LUPE GRACIELA SANDOVAL BANK
OF AMERICA ACCOUNT AND OTHER
BANK ACCOUNTS TO PURCHASE
REAL PROPERTY, TRAILERS, CARS, ETC.
WITH STOLEN MONEY AS PLANNED
BY HERBERT FARRAR AND WIFE
LUANN FARRAR, MICHAEL WAGNER
AKA: RICHARD JOHNSON, JOE J. REYNA,
STEPHANIE SONTAG AKA: STEPHANIE
WINEHART, ETC. ILLEGALLY, AGAINST MY
WILL.            Grace L. Sandoval
NOVEMBER 10, 2009    GRACE L. SANDOVAL

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

*GRACE L. SANDOVAL*

**DEFENDANTS**

*MODERN PAINT AND BODY SHOP*

**(b)** County of Residence of First Listed Plaintiff  *SAN DIEGO*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  *IMPERIAL*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  *GRACE L. SANDOVAL P.O. BOX 712793 SAN DIEGO, CA 92171*

Attorneys (If Known)

**FILED**
09 NOV 10  PH 3: 55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**09 CV 2529 DMS POR**

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | IMMIGRATION | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*18 U.S.C. 1962 (a), (b), (c) and/or (d)*

Brief description of cause:
*MODERN PAINT AND AUTO BODY SHOP OWNER CHARGED ME*

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____   DOCKET NUMBER _____

*GRACE SANDOVAL FOR TOWING WHEN HE SAID HE DID NOT CHARGE FOR TOWING*

DATE  *NOVEMBER 10, 2009*

SIGNATURE OF ATTORNEY OF RECORD  *Grace L. Sandoval*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____