# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Grace L. Sandoval

              V.

Modern Paint and Body Shop

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**  09cv2529-DMS-POR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants Plaintiff's Motion to proceed in forma pauperis and dismisses the complaint with prejudice for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. 1915(e)(2)(B)(ii). The Court denies Plaintiff's request for appointment of counsel.

| December 16, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk

ENTERED ON December 16, 2009